# FORM A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER**
**UNDER 42 U.S.C. § 1983 or**
Rev. 10/10        **UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

**FILED**
JAMES J. VILT, JR. - CLERK

AUG 2 3 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Woody A. Blair

_____

_____

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 5:23-CV-115-JHM
(To be supplied by the clerk)

Mrs. Tony
GED Teacher

_____

_____

( ) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I.    PARTIES

(A) **Plaintiff(s)**.  Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status.  Repeat this procedure for each additional Plaintiff named, if any.

(1)  Name of Plaintiff: Woody Allen Blair

Place of Confinement: Christian County Jail

Address: _____

Status of Plaintiff:  CONVICTED ( )   PRETRIAL DETAINEE ( )

(2)  Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___)    PRETRIAL DETAINEE (___)

(3) Name of Plaintiff:_____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___)    PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Mrs. Tony_____ is employed

as _GED Teacher_____ at _Christian County Jail____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(2) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

2

(5) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.    PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO ( ✓ )

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):    _____

_____

Defendant(s):    _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

III.    STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.  However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I was mandatorey to take GED while I was in SAP and as me taking the class. The teacher told me 02-20-23 that she couldnt teach me because, I couldnt read or write and that I have an low education level. The lady has emailed one of the teachers Leon saying I was dismissed from her class because of my learning disorder. The GED teacher has told all of us in her class that she the Judge and Jury, that we gotta do what she says.

## III. STATEMENT OF CLAIM(S) continued

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IV.    RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

___✓___ award money damages in the amount of $ _Want to talk to Lawyer_

_____ grant injunctive relief by_____

_____ award punitive damages in the amount of $_____

_____ other: _____

## V.    DECLARATION UNDER PENALTY OF PERJURY
**(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _15_ day of _August_____, 2023

_Woody A Blair_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

Woody A Blair
Christian County Jail
410 West 7th St.
Hopkinsville Ky. 42240

FILED
JAMES J. VILT, JR. - CLERK
AUG 23 2023
U.S. DISTRICT COURT
WESTN. DIST. KENTUCKY

5:23-CV-115-JHM
hand delivered

Cler
501 B
Padu

k's Office
roadway, Suite 127
ocah, Ky 42001-6801